CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAY 29 2012
JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN H. BEAMAN,<br>    Plaintiff, | Civil Action No. 7:12-cv-00163 |
| v. | **ORDER** |
| DEPUTY DIRECTOR, <u>et al.</u>,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>    Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 29th day of May, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge